**Electronically Filed
Supreme Court
SCAD-12-0000686
14-FEB-2014
11:03 AM**

SCAD-12-0000686

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

B. LADD UEOKA, Respondent.

---

ORIGINAL PROCEEDING
(ODC 09-067-8790, 09-068-8791, 09-099-8822)

ORDER ALLOWING RESIGNATION IN LIEU OF DISCIPLINE
(By: Recktenwald, C.J., Acoba, McKenna, Pollack, JJ., and
Intermediate Court of Appeals Associate Judge Leonard, in place
of Nakayama, J., recused)

Upon consideration of the Office of Disciplinary

Counsel (ODC)'s "Petition for Order Granting Request of B. Ladd

Ueoka to Resign From the Practice of Law in Lieu of Discipline"

and the memorandum, affidavits, and exhibits in support thereof,

it appears the Petition is supported by Respondent Ueoka's

affidavit and that the affidavit meets the requirements of Rule

2.14(a) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH).  In sum, Ueoka admits to failing to act with reasonable diligence in representing clients, failing to keep clients reasonably informed about the status of their matters and promptly complying with their reasonable requests for information, mishandling, commingling, and misappropriating client funds, failing to promptly render accurate accountings, failing to provide refunds upon request, failing to maintain required bookkeeping records, and failing to respond to ODC's lawful demands for information or otherwise cooperate during the resulting investigations, resulting in multiple violations of Rules 1.3, 1.4(a), 1.4(b), 1.15(a)(1), 1.15(c), 1.15(d), 1.15(f)(1), 1.15(f)(3), 1.15(f)(4), 1.15(g), 8.1(b), and 8.4(d) of the Hawaiʻi Rules of Professional Conduct in effect at the time of the conduct.  It further appears that, because Respondent Ueoka's behavior included misappropriation of client funds, any reinstatement must be predicated upon full restitution of all misappropriated money.  Therefore,

IT IS HEREBY ORDERED, pursuant to RSCH Rule 2.14, that the petition is granted and Respondent B. Ladd Ueoka's request to resign in lieu of discipline is granted.

IT IS FURTHER ORDERED that the resignation is effective 30 days after the date of this order, as provided by RSCH Rules 2.14(d) and 2.16(c).

IT IS FURTHER ORDERED that any future reinstatement is

conditioned upon proof that Respondent Ueoka has made full restitution of all misappropriated monies.

IT IS FURTHER ORDERED that (1) the Clerk shall remove Respondent Ueoka's name from the role of attorneys licensed to practice law in this jurisdiction and (2) within thirty days after entry of this order, Respondent Ueoka shall submit to the Clerk of this court the original certificate evidencing his license to practice law in this jurisdiction.

IT IS FURTHER ORDERED that (1) Respondent Ueoka shall comply with the requirements of RSCH Rule 2.16 and (2) the Disciplinary Board shall provide notice of the disbarment as required by RSCH Rule 2.16(e) and (f).

IT IS FINALLY ORDERED that Respondent Ueoka shall bear the costs associated with these proceedings upon the timely submission of a verified bill of costs, as authorized by RSCH Rule 2.3(c).

DATED:  Honolulu, Hawai'i, February 14, 2014.

/s/ Mark E. Recktenwald

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Katherine G. Leonard

